1 | DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2 | BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California  95814
4 | Telephone (916) 498-5700

5 | Attorney for Defendant
ANTONIO RUELLAS-CONTRERAS

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,       )
                                    )   Cr.S. 08-384-JAM
13 |               Plaintiff,       )
                                    )   **STIPULATION AND ORDER**
14 |        v.                      )
                                    )   DATE: October 14,2008
15 | ANTONIO RUELLAS-CONTRERAS,      )   TIME: 9:30 a.m.
                                    )   JUDGE: Hon. John A. Mendez
16 |               Defendant.       )
                                    )
17 | _____)

18 |     It is hereby stipulated and agreed to between the United States of

19 | America through DANIEL MCCONKIE, Assistant U.S. Attorney, and

20 | defendant, ANTONIO RUELLAS-CONTRERAS by and through his counsel,

21 | BENJAMIN GALLOWAY, Assistant Federal Defender, that the status

22 | conference set for Tuesday, October 14, 2008 be continued to Tuesday,

23 | November 4, 2008 at 9:30 a.m.

24 |     The reason for this continuance is that the parties are awaiting

25 | completion of the pre-plea report by probation and, thereafter, will

26 | seek to resolve this case.

27 |     Speedy trial time is to be excluded from the date of this order

28 | through the date of the status conference set for November 4, 2008

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

2  prepare] (Local Code T4).

3

4  DATED: October 8, 2008        Respectfully submitted,
                                 DANIEL J. BRODERICK
5                                Federal Defender

6                                /S/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
7                                Assistant Federal Defender
                                 Attorney for Defendant
8                                ANTONIO RUELLAS-CONTRERAS

9

10 DATED: October 8, 2008        McGREGOR W. SCOTT
                                 United States Attorney
11

12                               /s/ Ben Galloway for
                                 DANIEL MCCONKIE
13                               Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**

# O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including November 4, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.


DATED: October 8, 2008 _____

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge