DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANTONIO RUELLAS-CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )
                              )   Cr.S. 08-384-JAM
          Plaintiff,          )
                              )   **STIPULATION AND ORDER**
     v.                       )
                              )   DATE: November 4, 2008
ANTONIO RUELLAS-CONTRERAS,    )   TIME: 9:30 a.m.
                              )   JUDGE: Hon. John A. Mendez
          Defendant.          )
                              )
_____)

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANTONIO RUELLAS-CONTRERAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, November 4, 2008 be continued to Tuesday, December 2, 2008 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 2, 2008

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2  prepare] (Local Code T4).
3
4  DATED: October 24, 2008          Respectfully submitted,
                                    DANIEL J. BRODERICK
5                                   Federal Defender

6                                   /S/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
7                                   Assistant Federal Defender
                                    Attorney for Defendant
8                                   ANTONIO RUELLAS-CONTRERAS
9
10 DATED: October 24, 2008          McGREGOR W. SCOTT
                                    United States Attorney
11
12                                  /s/ Benjamin Galloway for
                                    DANIEL MCCONKIE
13                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
14

**2**

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 2, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: 10/27/2008. _____
/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge