DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANTONIO RUELLAS-CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 08-384-JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: December 2, 2008 |
| ANTONIO RUELLAS-CONTRERAS, ) | TIME: 9:30 a.m. |
| ) | JUDGE: Hon. John A. Mendez |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ANTONIO RUELLAS-CONTRERAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, December 2, 2008 be continued to Tuesday, January 27, 2009 at 9:30 a.m..

The reason for this continuance is that defense counsel requires additional time to obtain and review records relating to prior criminal convictions attributed to Mr. Ruellas-Contreras in order to adequately advise him in this case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 27, 2009 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 25, 2008        Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                ANTONIO RUELLAS-CONTRERAS


DATED: November 25, 2008        McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Benjamin Galloway for
                                DANIEL MCCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 27, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: 11/26/2008               /s/ John A. Mendez
                                JOHN A. MENDEZ
                                United States District Judge